IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,
    Plaintiff,

vs.                                          Case No.:  5:11cv283/MP/CJK

MARK SOWELL, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff, a non-prisoner proceeding pro se, filed a civil rights complaint (doc. 1) pursuant to 42 U.S.C. § 1983, and an application for leave to proceed *in forma pauperis* (doc. 5).  By order (doc. 6) entered September 27, 2011, this court denied without prejudice the motion for leave to proceed *in forma pauperis* (doc. 5) and directed the clerk to send plaintiff a motion to proceed *in forma pauperis* and financial affidavit for use by non-prisoners in the Northern District of Florida.  The clerk, however, sent plaintiff a prisoner consent form and financial certificate, which plaintiff submitted in connection with a new motion for leave to proceed *in forma pauperis* (doc. 7).  The motion for leave to proceed *in forma pauperis* (doc. 7) was denied without prejudice (doc. 8) to plaintiff's refiling a complete motion and financial affidavit for use by non-prisoners.

Having received no response from plaintiff, the court issued a show cause order on December 27, 2011, giving plaintiff fourteen (14) days to show cause why this case should not be dismissed for failure to comply with an order of the court. (Doc. 9) To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 30th day of January, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).