**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RAY CHRIS MOBLEY,

    Plaintiff,

v.                                          CASE NO. 5:11cv283-MP-CJK

MARK SOWELL, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2012. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with orders of the court.

    3.    The clerk is directed to close the file.

    **DONE and ORDERED** this 4th day of March, 2012.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS
                                      CHIEF UNITED STATES DISTRICT JUDGE**